Curtis Harold **LINK**, Appellant,

v.

**UNITED STATES.**

No. 16679.

United States Court of Appeals
Eighth Circuit.

Jan. 9, 1961.

Ted Bollinger, Jr., St. Louis, Mo., for appellant.

William H. Webster, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed without payment of docketing fee. Leave to proceed further on appeal in forma pauperis denied and appeal dismissed for want of jurisdiction and as legally frivolous.

**CENTRAL SERVICE CO.**, d/b/a New Diller Battery Co., Appellant,

v.

**EAGLE-PICHER CO.**

No. 16611.

United States Court of Appeals
Eighth Circuit.

Feb. 8, 1961.

B. A. Webster, Jr., Des Moines, Iowa, and Dick H. Woods, Kansas City, Mo., for appellant.

Ralph M. Jones, Kansas City, Mo., Richard Serviss and Charles S. Dautel, Cincinnati, Ohio, for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal by appellant.

**UNITED STATES**, Appellant,

v.

Leonard **BROWN** et al.

No. 16673.

United States Court of Appeals
Eighth Circuit.

Jan. 25, 1961.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellant.

Jack R. Miller, Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed on application of appellant.

**E. L. POWELL & SONS TRUCKING CO.**, a copartnership composed of, and Herbert H. Powell and Ben L. Powell, who are also the surviving partners,

v.

**RAYMOND CONCRETE PILE COMPANY**, a corporation, and Raymond International, Inc., a corporation.

No. 6318.

United States Court of Appeals
Tenth Circuit.

Sept. 14, 1960.

Milton W. Hardy, Tulsa, Okl., for appellants.

Holleman & Holleman, Tulsa, Okl., for appellees.

Before MURRAH, Chief Judge, and BRATTON and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.